UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
Brian D. Braun and  
Joyce Reagan Braun,  
    Debtors.  
_____/

Case No.8: 21-bk -02380-RCT  
Chapter:13

**UNITED STATES TRUSTEE**  
**NOTICE OF RULE 2004 EXAMINATION DUCES TECUM OF THE DEBTOR**

PLEASE TAKE NOTICE that the United States Trustee for Region 21, by and through her duly authorized Trial Attorney, will examine the Debtors in accordance with Federal Rule of Bankruptcy Procedure 2004 and Bankruptcy Local Rule 2004-1.

Prior to the examination of the Debtors under oath, the Debtors shall produce and provide, for inspection and copying, to the United States Trustee's Trial Attorney, all documents, electronically stored information, and physical objects described on the attached Exhibit A and its Attachment,

**on or before close of business at 4:30 p.m. on**

**TUESDAY, MAY 28, 2024**

The scope of the examination shall be as described in Federal Rules of Bankruptcy Procedure 2004 and Bankruptcy Local Rule 2004-1, and no order shall be necessary.

Once the Debtors have produced all documents to the United States Trustee, the undersigned Trial Attorney shall conduct an examination of the Debtors at a time, place, and manner that has been agreed upon by Counsel to the Debtors and undersigned Trial Attorney.

Said testimonial examination shall be conducted under oath and may be rescheduled or continued upon mutual agreement of the parties. The United States Trustee does not object to the attendance of other parties in interest at any examination under oath.

PLEASE GOVERN YOURSELVES ACCORDINGLY.

Dated: 1 May 2024

Respectfully submitted,

Mary Ida Townson
U.S. TRUSTEE, REGION 21

By:   /s/ J. Steven Wilkes (Ala Bar # WIL-278)
Trial Attorney
U.S. Department of Justice
Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, Florida 33602
(813) 228-2000 / fax (813) 228-2303
steven.wilkes@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all exhibits have been served electronically, or by U.S. mail service postage prepaid, on or before 01 May 2024:

Brian D. Braun and
Joyce Reagan Braun
8718 Goshen Lane
Port Richey, FL 34668

Electronically:    Jay M. Weller
Weller Legal Group, Inc.
Debtors' Counsel

/s/ J. Steven Wilkes

# EXHIBIT A

## NOTICE FOR RULE 2004 EXAM BY DOCUMENT PRODUCTION

When used below, the following definitions should apply:

"Documents" means all documents, reports, handwritten notes, writings in any form, memoranda, records, data compilation in any form, electronically stored information, computer software and/or hardware, checks, invoices, drafts, instruments, and all other items and things, in the broadest sense. *See also* Attachment – Media and File Formats for Production. The Documents may be produced via direct email if not voluminous.

"Debtor," "Debtors," and/or "You" when used herein means: the individual(s), or business entity(ies), that filed the bankruptcy petition, and his/her spouse (whether a filing Debtor or not).

**To any request for documentation that the Debtor does not have, provide a statement executed by the Debtor under 28 U.S.C. §1746 as to the reason why the document cannot be provided.**

**To any request for documentation that is not applicable to the Debtor's financial condition and situation, provide a statement executed by the Debtor under 28 U.S.C. §1746 as to the reason such request is not applicable.**

**To any request for documentation below, the documents provided must be organized and labeled to correspond to the categories as follows:**

1. Copies of all fee agreements in the Debtors' physical possession (not in the attorney client file) for bankruptcy services between the Debtors and attorney Jay Matthew Weller and Weller Legal Group, P.A.

2. Copies of all payments made from the Debtors to attorney Jay Matthew Weller and Weller Legal Group, P.A. for the bankruptcy services, costs, and expenses.